### 9698.   CITY OF WARRENTON *v.* SMITH.

LUKE, J.   The petition set out no cause of action, and the court erred in overruling the general demurrer.   See *City of Warrenton* v. *Smith,* 149 *Ga.* 567 (98 S. E. 71).

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 6, 1920.

Action for damages; from Warren superior court—Judge Walker. April 3, 1918.   See 23 *Ga. App.* 241.

*E. P. Davis,* for plaintiff in error.

*E. T. Shurley, Holden, Jennings & Holden,* contra.

---

### 10504.   LINSLEY *v.* McCRACKIN.

LUKE, J.   In this case the issues raised by the pleadings and the evidence were fully and fairly submitted to the jury.   The evidence, though in some respects conflicting, authorized the verdict, which has the approval of the trial judge.   For no reason assigned can we find error requiring a reversal of the judgment overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 6, 1920.   REHEARING DENIED JANUARY 28, 1920.

Complaint; from city court of Valdosta—Judge Cranford. March 14, 1919. -

Application for certiorari was denied by the Supreme Court.

*Dan. R. Bruce,* for plaintiff in error.

*Patterson & Copeland,* contra.